# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, a Michigan Corporation, and DONALD J. MCCABE, author,

    Plaintiffs,

        v.                        Case No.: 1:11-cv-13381-TLL-CEB

THOMAS A. MORROW, an individual, WAVE 3 LEARNING, INC.; HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC;

    Defendants.

_____

| | |
|---|---|
| SUSAN PAYNE WOODROW (P29844) <br> PO Box 300833 <br> Drayton Plains, MI 48300 <br> *Attorney for Plaintiffs* <br> (248) 760-1818 <br> enddebt@live.com | MARK G. CLARK (P41652) <br> JOHN DI GIACOMO (P73056) <br> TRAVERSE LEGAL, PLC <br> *Attorneys for Defendants* <br> *Thomas A. Morrow and* <br> *Wave 3 Learning, Inc.* <br> 810 Cottageview Drive, Unit G-20 <br> Traverse City, MI 49684 <br> (231) 932-0411 <br> mark@traverselegal.com <br> john@traverselegal.com |

_____

## CERTIFICATE OF SERVICE

Documents:

1. 8/03/2011 *Notice of Removal*
2. 8/3/2011 *Notice of Filing Notice of Removal*

I hereby certify that on August 12, 2011 the referenced document were

served via U.S. mail upon:

Home School Holdings, Inc.
1153 Lee St #198
Des Plaines, IL  60016-6516

Home School Inc.
1153 Lee St #198
Des Plaines, IL  60016-6516

/s/ *John Di Giacomo*
TRAVERSE LEGAL, PLC
John Di Giacomo (P73056)
810 Cottageview Drive
Unit G-20
Traverse City, MI  49684