# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, a Michigan Corporation, and DONALD J. MCCABE, author,

    Plaintiffs,

        v.                        Case No.: 1:11-cv-13381-TLL-CEB

THOMAS A. MORROW, an individual, WAVE 3 LEARNING, INC.; HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC;

    Defendants.

_____

| | |
|---|---|
| SUSAN PAYNE WOODROW (P29844)<br>PO Box 300833<br>Drayton Plains, MI 48300<br>*Attorney for Plaintiffs*<br>(248) 760-1818<br>enddebt@live.com | MARK G. CLARK (P41652)<br>JOHN DI GIACOMO (P73056)<br>TRAVERSE LEGAL, PLC<br>*Attorneys for Defendant*<br>*Thomas A. Morrow and*<br>*Wave 3 Learning, Inc.*<br>810 Cottageview Drive, Unit G-20<br>Traverse City, MI 49684<br>(231) 932-0411<br>mark@traverselegal.com<br>john@traverselegal.com |

_____

## STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

    NOW COMES, Plaintiffs AVKO Educational Research, and Donald McCabe by and through their counsel, Susan Payne Woodrow and Defendants,

Thomas A. Morrow and Wave 3 Learning by and through their counsel, Traverse Legal PLC and for their stipulation state the following:

IT IS HEREBY STIPULATED AND AGREED that the deadline to respond to the Complaint filed on July 29, 2011, is extended to September 15, 2011, while the parties explore settlement.

NOW THEREFORE,

IT IS HEREBY ORDRED that the deadline to respond to the Complaint filed on July 29, 2011, is extended to September 15, 2011 while the parties explore settlement.

| Dated: August 23, 2011 | /s Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>United States District Judge |
|---|---|

Entry of the above Order is stipulated to and notice of Entry is waived.

| Dated: August 18, 2011 | */s/ Susan Payne Woodrow*<br>Signed with Consent of:<br>Susan Payne Woodrow (P29844)<br>*Attorney for Plaintiffs* |
|---|---|

| Dated: August 18, 2011 | */s/ John Di Giacomo*<br>John Di Giacomo (P73056)<br>Traverse Legal PLC<br>*Attorney for Defendants*<br>Thomas A. Morrow and<br>Wave 3 Learning |
|---|---|

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 23, 2011.

s/Tracy A. Jacobs
TRACY A. JACOBS