MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO Educational Research Foundation,
Donald J. McCabe

        Plaintiff(s),

v.

Thomas A. Morrow, Wave 3 Learning, Inc; Home
School Holdings, Inc, and Home School Inc;

        Defendant(s).

_____/

Case No. 1:11 cv 13381_TLL CEB

Judge Thomas L. Ludington

Magistrate Judge Charles E. Binder

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, <u>Thomas A. Morrow; Wave 3 Learing</u>

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 24, 2011

/s/ Mark G. Clark
_____

P41652
Traverse Legal PLC
810 Cottage View Drive
Unit G-20
Traverse City, MI 49684
231-932-0411
mark@traverselegal.com