# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN


AVKO EDUCATIONAL RESEARCH
FOUNDATION, a Michigan
Corporation, and DONALD J.
MCCABE, author,

     Plaintiffs,

          v.

THOMAS A. MORROW, an individual,
WAVE 3 LEARNING, INC.;
HOME SCHOOL HOLDINGS, INC.,
and HOME SCHOOL, INC;

     Defendants.

Case No.: 1:11-cv-13381-TLL-CEB
Honorable Thomas L. Ludington
Magistrate Charles E. Binder

_____

| | |
|---|---|
| SUSAN PAYNE WOODROW (P29844) | MARK G. CLARK (P41652) |
| Sigurd Hepler (P70383) | JOHN DI GIACOMO (P73056) |
| SUSAN PAYNE WOODROW JD, PC | TRAVERSE LEGAL, PLC |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |
| PO Box 300833 | *Thomas A. Morrow and* |
| Drayton Plains, MI  48300 | *Wave 3 Learning, Inc.* |
| (248) 760-1818 | 810 Cottageview Drive, Unit G-20 |
| suzywoodrow@hotmail.com | Traverse City, MI 49684 |
| heplerlaw@comcast.net | (231) 932-0411 |
| | mark@traverselegal.com |
| | john@traverselegal.com |

_____

## REQUEST FOR ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of

Default be entered against Plaintiffs, AVKO Educational Research Foundation

and Donald J. McCabe, for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.    The *DEFENDANTS' THOMAS A. MORROW AND WAVE 3 LEARNING, INC. ANSWER TO PLAINTIFFS' COMPLAINT AND COUNTERCLAIMS AND DEMAND FOR JURY* were filed with the court and served electronically on Plaintiff's counsel via ECF on August 26, 2011.

2.    The plaintiffs have failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.    The plaintiffs are not infants, incompetent persons or a members of the military service.

4.    This statement is true and is signed under the penalty of perjury.

TRAVERSE LEGAL PLC


Date:  September 21, 2011            By: /s/ Mark G. Clark_____
                                     Mark G. Clark (P41652)
                                     810 Cottage View Drive
                                     Suite G-20
                                     Traverse City, MI  49684
                                     (231) 932-0411
                                     Mark@traverselegal.com

2

**CERTIFICATE OF SERVICE**

Documents:

- Request for Entry of Default

I hereby certify that on September 21, 2011 the referenced document was electronically filed with the court and served via ECF upon:

SUSAN PAYNE WOODROW
*Attorney for Plaintiff*

and via US Mail upon:

Home School Holdings, Inc.
1153 So. Lee Street, Suite 198
Des Plaines, IL  60016

Home School, Inc.
1153 So. Lee Street, Suite 198
Des Plaines, IL  60016

/s/ Mark G. Clark_____
TRAVERSE LEGAL, PLC
Mark G. Clark (P41652)
810 Cottageview Drive
Unit G-20
Traverse City, MI  49684