UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO Educational Research
Foundation, et al.,

                Plaintiff(s),

v.                                        Case No. 1:11−cv−13381−TLL−CEB
                                              Hon. Thomas L. Ludington

Thomas A Morrow, et al.,

                Defendant(s).

_____

**NOTICE OF DENIAL OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

A Clerk's Entry of Default as to AVKO Educational Research Foundation, Donald J. McCabe has been requested pursuant to Fed. R. Civ. P. 55(a). The Clerk's Entry of Default will not be entered for the following reason(s):

- Answer to Counterclaim filed 9/22/11

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                DAVID J. WEAVER, CLERK OF COURT

                                                By: s/ C. Greyerbiehl
                                                Deputy Clerk

Dated: September 27, 2011