## TABLE OF MASTER EXHIBITS

Exhibit   Date   Name

**Documents**

| Exhibit | Date | Name |
|---|---|---|
| A | 08-12-31 | Home School, Inc Balance Sheets filed 5/11/2009 |
| B | 09-05-11 | SEC Filing of Narayan Capital Corporation Amended + Restated Articles of Incorporation |
| C | 09-05-11 | SEC Filing of Exchange Shares Of HSI's Common Stock For NCC's Common Stock |
| D | 08-12-31 | HSH, Inc and Subsidiaries Balance Sheet filed 5/11/2009 |
| E | 10-03-31 | HSH, Inc Table of Cash and Capitalization filed 5/28/2010 |
| F | 10-06-04 | Publishing Rights Agreement Between Home School Holdings, Inc. and AVKO Educational Research Foundation, Inc |
| G | 10-06-01 | Cashier's Check for initial Payment pursuant to Contract |
| H | 11-01-28 | Trademark and Copyright Assignment Agreement (submitted + rejected) |
| I | 10-06-17 | Resignation of Thomas Morrow from Home School Holdings, Inc. |
| J | 11-06-06 | Cease and Desist Letter to Thomas Morrow and Wave 3 Learning, Inc. |
| K | 11-06-13 | Response to Cease and Desist fm Thomas Morrow + Wave 3 Learning, Inc. |
| L | | Sequentialspelling.com Excerpts |
| M | 76-02-17 | Assignments of © from DJ McCabe to AVKO |
| N | 76-02-15 | Letter fm Copyright Office Recording Assignments |
| O | 76-06-11 | Letter to IRS re Transfer of © from DJ McCabe to AVKO |
| P | 10-10-09 | AVKO Short Form IRS 990-EZ |
| Q | | ¶ 41 from Defendants counter-complaint |
| R | | Morrow Proposed financing for AVKO Publishing Rights Purchase –Rejected by HSH Board |

**Infringements (for which Plaintiffs have books)**

| | | |
|---|---|---|
| 1-a | AVKO© | Sequential Spelling 1 Excerpts |
| 1-b | W3L© | Sequential Spelling 1 Excerpts |
| 2-a | AVKO© | Sequential Spelling 1 Excerpts teaching |
| 2-b | W3L© | Sequential Spelling 1 Teacher's Guide |
| 3-a | AVKO© | Sequential Spelling 3 |
| 3-b | W3L© | Sequential Spelling 3 |
| 4-a | AVKO© | Individualized Keyboarding |
| 4-b | W3L© | Individualized Keyboarding |
| 5-a | AVKO© | Sequential Spelling for Adults |
| 5-b | W3L© | Sequential Spelling for Adults |
| 6-a | AVKO© | If it is to be, it is up to me to do it! |
| 6-b | W3L© | It is up to me! |
| 7-a | AVKO© | Student Response Book for Sequential Spelling |
| 7-b | W3L© | Student Response Book for Sequential Spelling |

**Copyrights**

| | | | |
|---|---|---|---|
| C-001 | | | Transfer Copyrights to AVKO and Financial Evaluation |
| C-002 a-v | | | Copyright certificates: |

| | Date | Class | Number | Description |
|---|---|---|---|---|
| a. | 03/06/75 | A | 611642 | AVKO Word Families |
| b. | 03/06/75 | A | 611741 | AVKO Sequential Spelling Tests – Series One |
| c. | 03/06/75 | A | 611728 | AVKO Word Families – A Teacher's Manual |
| d. | 04/04/75 | A | 623254 | AVKO Typing Tutoring Manual |
| e. | 12/29/75 | A | 705775 | AVKO Word Families |
| f. | 12/29/75 | A | 705776 | AVKO Word Families – Teacher's Manual |
| g. | 12/29/75 | A | 711306 | AVKO Student Record Book |
| h. | 12/29/75 | A | 716101 | AVKO Sequential Spelling Tests – Series Four |
| i. | 12/29/75 | A | 716102 | AVKO Sequential Spelling Tests – Series Three |
| j. | 12/29/75 | A | 716103 | AVKO Sequential Spelling Tests – Series One |
| k. | 12/29/75 | A | 716104 | AVKO Sequential Spelling Tests – Series Two |
| l. | 12/29/75 | A | 716105 | AVKO Sequential Spelling Tests – Series Five |
| m. | 12/29/75 | A | 716106 | AVKO Tabulating–Tutoring–Class Choral Reading and Spelling by Word Families |
| n. | 12/29/75 | A | 716107 | AVKO Reading via Typing |
| o. | 12/29/75 | A | 716108 | AVKO Individually Guided Typing |
| p. | 01/10/77 | A | 815785 | AVKO Student Record Workbook for Individually Guided Typing |
| q. | 01/10/77 | A | 815786 | AVKO Student Record Workbook for Reading via Typing |
| r. | 01/10/77 | A | 815787 | AVKO Spoken Dialect Translation S=Exercises Student Record Workbook |
| s. | 01/10/77 | A | 815788 | AVKO Student Record Book for Sequential Spelling |
| t. | 01/10/77 | A | 815789 | AVKO Student Book for AVKO level Check Tests |
| u. | 01/10/77 | A | 848352 | AVKO Student Record Book |
| v. | 12/27/77 | A | 928855 | AVKO 10-4-1 Cards |

**Declarations**

| | |
|---|---|
| Donald J McCabe | Author and former Director of AVKO |
| Robert J McCabe | Executive Director of AVKO |
| Gloria Goldsmith | Member, AVKO Board of Directors |
| David A. Nicholson | Interim Board Chair, Home School Holdings, Inc. |
| Sigurd Hepler | Associate Attorney |