Home School, Inc.
(a development stage company)
BALANCE SHEETS

|  | December 31, 2008 | December 31, 2007 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $ 958 | 1,526 |
| Inventory | 473 | — |
| Shareholder Receivable | 1,000 | 10,000 |
| Prepaid Expenses | 6,302 | 3,426 |
| TOTAL CURRENT ASSETS | 8,733 | 14,952 |
| Equipment, net of accumulated depreciation of $3,742 and $1,268 respectively | 5,646 | 6,326 |
| Website, net of accumulated amortization of $424,629 and $122,247 respectively | 507,309 | 501,579 |
| **Other Assets** | | |
| Deposits | 2,780 | 2,780 |
| TOTAL ASSETS | $ 524,468 | $ 525,637 |
| **LIABILITIES AND STOCKHOLDERS' (DEFICIT)** | | |
| **CURRENT LIABILITIES** | | |
| Accounts Payable | $ 131,673 | 69,262 |
| Accounts Payable - Related Party | 39,984 | — |
| Accrued Payroll | 86,972 | 178,714 |
| Accrued Interest - Convertible Note Stockholder | 225,929 | — |
| Deferred Revenue | 375 | — |
| Prepaid Advertising | 2,700 | — |
| Note Payable | 40,000 | — |
| Convertible Notes Payable - Stockholder | 300,000 | — |
| Loans Payable - Related Party | 70,499 | 40,000 |
| TOTAL CURRENT LIABILITIES | 898,132 | 287,976 |
| **STOCKHOLDERS' EQUITY / (DEFICIT)** | | |
| Common Stock - Par value $0.001; Authorized: 500,000,000 Issued and Outstanding: 288,640,625 and 273,401,465 in 2008 and 2007, respectively. | 288,641 | 273,402 |
| Additional Paid-In Capital | 3,976,401 | 2,028,555 |
| Deficit accumulated during development stage | (4,638,706) | (2,064,296) |
| Total Stockholders' Equity / (Deficit) | (373,664) | 237,661 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY / (DEFICIT) | $ 524,468 | $ 525,637 |

The accompanying notes are integral parts of these financial statements.

23

EXHIBIT A 1/4

Home School, Inc.
(a development stage company)
STATEMENTS OF OPERATIONS

|  | For the Year Ended December 31, 2008 | For the Year Ended December 31, 2007 | For the period October 17, 2005 (inception) to December 31, 2008 |
|---|---:|---:|---:|
| Revenue - Product Sales, net | $ 58,793 | $ 16,211 | $ 75,003 |
| Revenue - Advertising | 13,971 | $ 1,427 | $ 15,398 |
| **Total Revenue** | $ 72,764 | $ 17,638 | $ 90,401 |
| Cost of Revenue - Product Sales | 40,930 | 11,563 | $ 52,493 |
| Cost of Revenue - Advertising | — | — | — |
| **Total Cost of Revenue** | 40,930 | 11,563 | 52,493 |
| **Gross Profit** | 31,834 | 6,075 | 37,908 |
| Professional Fees | 91,926 | 94,049 | 370,475 |
| Board Compensation | 744,848 | 78,000 | 866,348 |
| Development Expenses | — | 67,656 | 67,656 |
| Depreciation and Amortization | 299,857 | 127,913 | 428,371 |
| Marketing | 90,429 | 107,288 | 197,718 |
| Employee Compensation | 983,205 | 509,858 | 1,923,119 |
| General and Administrative | 93,992 | 79,312 | 308,569 |
| **Total Operating Expenses** | 2,304,257 | 1,064,076 | 4,162,256 |
| **Loss from Operations** | (2,272,423) | (1,058,001) | (4,124,348) |
| Extinguishment of Debt | | (212,500) | (212,500) |
| Interest Income | 153 | 129 | 282 |
| Interest Expense | (302,140) | — | (302,140) |
| **Total Other Income/Expense** | (301,987) | (212,371) | (514,358) |
| **Provision for Income Taxes** | — | — | — |
| **Net Loss** | $ (2,574,410) | $ (1,270,372) | $ (4,638,706) |
| **Net Loss Per Share - basic and diluted** | $ (0.01) | $ (0.01) | |
| Weighted average number of shares outstanding during the period - basic and diluted | 282,444,002 | 245,933,125 | |

The accompanying notes are an integral part of these financial statements.

24

EXHIBIT A 2/4

Home School, Inc.
(a development stage company)
STATEMENT OF STOCKHOLDERS' EQUITY (DEFICIT)
From inception (October 17, 2005) through December 31, 2008

|  | Common stock $0.00 Par Value | | Additional paid-in capital | Deficit Accumulated during the Development Stage | Total Stockholder's Equity (Deficiency) |
|---|---|---|---|---|---|
|  | Shares | Amount |  |  |  |
| Shares issued to founders | 180,000,000 | $180,000 | $ (80,000) | $ — | 100,000 |
| Net Loss |  |  |  | (100,000) | (100,000) |
| Balance, December 31, 2005 | 180,000,000 | 180,000 | (80,000) | (100,000) | — |
| Shares issued for cash ($0.01 per share) | 18,000,000 | 18,000 | 182,000 | — | 200,000 |
| Shares issued for cash ($0.03 per share) | 7,324,080 | 7,324 | 161,708 | — | 169,032 |
| Shares issued for cash ($0.02 per share) | 2,070,000 | 2,070 | 42,498 | — | 44,568 |
| Shares issued for board compensation ($0.01 per share) | 945,000 | 945 | 9,555 | — | 10,500 |
| Shares issued for board compensation ($0.02 per share) | 495,000 | 495 | 10,505 | — | 11,000 |
| Shares issued for board compensation ($0.03 per share) | 880,020 | 880 | 21,120 | — | 22,000 |
| Shares issued for employee services ($0.02 per share) | 15,705 | 16 | 329 | — | 345 |
| Shares issued for employee services ($0.03 per share) | 501,300 | 501 | 12,032 | — | 12,533 |
| Shares issued for services ($0.01 per share) | 12,600,000 | 12,600 | 127,400 | — | 140,000 |
| Shares issued for consulting services ($0.02 per share) | 900,000 | 900 | 19,100 | — | 20,000 |
| Shares issued for consulting services ($0.03 per share) | 800,000 | 800 | 19,200 | — | 20,000 |
| Options issued for employee services |  |  | 204,816 | — | 204,816 |
| Net loss, December 31, 2006 | — | — | — | (693,923) | (693,923) |
| Balance, December 31, 2006 | 224,531,105 | 224,531 | 730,263 | (793,923) | 160,871 |
| Shares issued for cash ($0.03 per share) | 13,962,000 | 13,962 | 385,039 | — | 399,001 |
| Shares and options issued for cash ($0.03 per share) | 4,734,000 | 4,734 | 153,066 | — | 157,800 |
| Shares issued for exercise of options ($0.01/share) | 8,100,000 | 8,100 | 81,900 | — | 90,000 |
| Shares issued for board compensation ($0.03 per share) | 2,457,000 | 2,457 | 75,543 | — | 78,000 |
| Shares issued for employee services ($0.03 per share) | 662,940 | 663 | 16,040 | — | 16,704 |
| Shares issued for employee services ($0.01 per share) | 2,622,420 | 2,622 | 26,516 | — | 29,138 |
| Shares issued for consulting services ($0.03 per share) | 1,032,000 | 1,032 | 33,368 | — | 34,400 |
| Shares issued for debt ($0.03 per share) | 15,300,000 | 15,300 | 367,200 | — | 382,500 |
| In-kind contribution of interest | — | — | 1,900 | — | 1,900 |
| Options issued for website development ($0.03 per share) |  |  | 102,676 | — | 102,676 |
| Options issued for employee services |  |  | 55,045 | — | 55,045 |
| Net Loss, December 31, 2007 | — | — | — | (1,270,373) | (1,270,373) |
| Balance, December 31, 2007 | 273,401,465 | 273,401 | 2,028,556 | (2,064,296) | 237,661 |
| Shares issued for cash ($0.03 per share) | 10,919,160 | 10,919 | 352,940 | — | 363,859 |

EXHIBIT A 3/4

| | | | | | |
|---|---|---|---|---|---|
| Shares issued for interest on note ($0.03 per share) | 2,160,000 | 2,160 | 69,840 | — | 72,000 |
| Shares issued for board compensation ($0.03 per share) | 2,160,000 | 2,160 | 69,840 | — | 72,000 |
| In-kind contribution of interest | — | — | 3,661 | — | 3,661 |
| Options issued for employee services | | | 1,294,065 | — | 1,294,065 |
| Options issued for deferred compensation ($0.03 per share) | | | 157,500 | — | 157,500 |
| Net Loss, December 31, 2008 | — | — | — | (2,574,410) | (2,574,410) |
| **Balance, December 31, 2008** | **288,640,625** | **288,640** | **3,976,402** | **(4,638,706)** | **(373,664)** |

The accompanying notes are an integral part of these financial statements.

25

EXHIBIT A 4/4

http://google.brand.edgar-online.com/EFX_dll/EDGARpro.dll?FetchFilingHTML1?ID=65...   2/25/2011