Exhibit 3.1

## AMENDED AND RESTATED
## ARTICLES OF INCORPORATION
## OF
## NARAYAN CAPITAL CORP.

Pursuant to Section 607.1006 of the Florida Business Corporation Act, Narayan Capital Corp. hereby files its Amended and Restated Articles of Incorporation.

**FIRST:** The Company amends the following Articles of Incorporation to state as follows:

### ARTICLE 1
### NAME

The name of the Corporation is HOME SCHOOL HOLDINGS, INC.

### ARTICLE 2
### PURPOSE

The purpose or purposes of the Corporation shall be to engage in any lawful act or activity for which corporations may be organized under the Florida Business Corporation Act.

### ARTICLE 3
### CAPITAL STOCK

Section 1. The Corporation shall be authorized to issue 550,000,000 shares of capital stock, of which 500,000,000 shares shall be common stock, par value $.001 per share ("Common Stock"), and 50,000,000 shares shall be preferred stock, par value $.001 per share ("Preferred Stock").

Section 2. The Preferred Stock may be issued from time to time in one or more series. The Board of Directors of the Corporation (the "Board of Directors") is hereby authorized to provide for the issuance of shares of Preferred Stock in series and to establish from time to time the number of shares to be included in each such series, and to fix the designation, powers, privileges, preferences and rights of the shares of each such series and the qualifications, limitations and restrictions thereof. The authority of the Board of Directors with respect to each series shall include, but not be limited to, determination of the following:

(a) the designation of the series, which may be by distinguishing number, letter or title;

EXHIBIT B