## EXHIBIT A

### EXCHANGE OF SHARES OF HSI'S COMMON STOCK FOR NCC'S COMMON STOCK

| Name of Stockholder | Shares exchanged for NCC Shares |
|---|---:|
| Thomas Morrow | 143,366,940 |
| David Nicholson | 56,818,260 |
| Be-Be North | 15,060,060 |
| Kenneth Lydecker (Part Sterling IRA Acct) | 13,707,540 |
| Mark Jordan | 6,120,000 |
| Perry Marshall | 6,078,020 |
| Howie Alper | 3,900,000 |
| Chalmer Wilkins (Sterling IRA Acct) | 3,600,000 |
| Bliss & Richard Pleet | 3,060,000 |
| Steve Rients (Sterling IRA Acct) | 2,700,000 |
| Tim Perry (Sterling IRA Acct) | 2,430,000 |
| Terri & Louie LoBianco | 2,350,120 |
| Joel Schauer | 2,250,120 |
| Brad Clodfelter | 2,160,000 |
| Jamey Wright | 2,160,000 |
| Goldstar Acquistions, LLC | 2,003,900 |
| Estate of Thomas Smith | 1,800,000 |
| Adam Hecktman | 1,800,000 |
| James Treleaven | 1,697,760 |
| Bob Shuman | 1,620,000 |
| Denise Kowalski (IRA Acct) | 1,239,000 |
| Bobette Puckett | 1,080,000 |
| Lisa Morrow | 1,002,420 |
| Joe Gurdak (Pension Acct) | 900,000 |
| William Rients (Sterling IRA Acct) | 900,000 |
| Christopher Davies | 857,520 |
| Judy & Don Braun | 750,060 |
| Tony Langford | 742,380 |
| Dieter Gutt | 720,000 |
| Ed Schwall | 720,000 |
| Dave Gurdak | 594,000 |
| Virginia Vagt | 555,705 |
| Josh Kurtz | 432,000 |
| Bernie Petersen (Trust Acct) | 360,000 |
| Bob Schauer | 360,000 |
| Carol Lydecker (Sterling IRA Acct) | 360,000 |
| Herb Singer | 360,000 |
| Jeff Lydecker | 360,000 |
| Jennifer Ottolino | 360,000 |
| Larry Hayes | 360,000 |
| Maria Dalmazio | 360,000 |
| Paul Krappman | 360,000 |
| Ray Imburgia | 360,000 |
| Stacy Chirio | 360,000 |
| Rhea Perry | 250,020 |
| Marjorie Lock | 217,800 |
| Paul Shuman | 180,000 |
| Rob Alexander | 129,600 |
| Diana Dixon | 23,220 |
| Lisa Lepcin | 23,220 |
| | 289,959,665 |