### Home School Holdings, Inc. and Subsidiaries
### Unaudited Pro Forma Consolidated Balance Sheet
### December 31, 2008

| | Home School Holdings, Inc. (formerly Narayan Capital Corp.) | Home School, Inc. | Notes | Pro Forma Adjustments | Pro Forma Combined |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Cash and cash equivalents | $ 1,185 | $ 958 | | | $ 2,143 |
| Inventories | | 473 | | | 473 |
| Shareholder Receivable | | 1,000 | | | 1,000 |
| Prepaid Expenses | 750 | 6,302 | | | 7,052 |
| Total Current Assets | 1,935 | 8,733 | | — | 10,668 |
| | | | | | 0 |
| Property and equipment, net | | 5,646 | | | 5,646 |
| Website, net of amortization | | 507,309 | | | 507,309 |
| Deposit | | 2,780 | | | 2,780 |
| Total Assets | $ 1,935 | $ 524,468 | | — | $ 526,403 |
| **Liabilities and Stockholders' Equity** | | | | | |
| **Current Liabilities:** | | | | | |
| Accounts payable | $ 2,510 | $ 131,673 | | | $ 134,183 |
| Accounts payable - Related Party | 10,664 | 39,984 | | | 50,648 |
| Accrued salaries and related expenses | | 86,972 | | | 86,972 |
| Accrued Interest - Convertible Note Stockholder | | 225,929 | | | 225,929 |
| Deferred Revenue | | 375 | | | 375 |
| Prepaid Advertising | | 2,700 | | | 2,700 |
| Note Payable | | 40,000 | | | 40,000 |
| Convertible Notes Payable - Stockholder | | 300,000 | | | 300,000 |
| Loans Payable - Related Party | | 70,499 | | | 70,499 |
| Total Current Liabilities | 13,174 | 898,132 | | — | 911,306 |
| Long-term debt | | | | | |
| Total Liabilities | 13,174 | 898,132 | | — | 911,306 |
| Common stock | 3,000 | 288,641 | a | 100,554 | 392,195 |
| Paid-in Capital | | 3,976,401 | a | (114,793) | 3,861,608 |
| Accumulated earning/deficit | (14,239) | (4,638,706) | a | 14,239 | (4,638,706) |
| Stockholders' Equity | (11,239) | (373,664) | | — | (384,903) |
| Total Liabilities and Stockholders' Equity | $ 1,935 | $ 524,468 | | $ 0 | $ 526,403 |

See Notes to Unaudited Pro Forma Consolidated Financial Statements

37

EXHIBIT D 1/3

http://google.brand.edgar-online.com/EFX_dll/EDGARpro.dll?FetchFilingHTML1?ID=65...   2/25/2011

**Home School Holdings, Inc. and Subsidiaries**
**Unaudited Pro Forma Consolidated Balance Sheet**
**December 31, 2007**

| | Home School Holdings, Inc. (formerly Narayan Capital Corp.) | Home School, Inc. | Notes | Pro Forma Adjustments | Pro Forma Combined |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Cash and cash equivalents | | $ 1,526 | | | $ 1,526 |
| Shareholder Receivable | | 10,000 | | | 10,000 |
| Prepaid Expenses | | 3,426 | | | 3,426 |
| Total Current Assets | — | 14,952 | | — | 14,952 |
| Property and equipment, net | | 6,326 | | | 6,326 |
| Website, net of amortization | | 501,579 | | | 501,579 |
| Deposit | | 2,780 | | | 2,780 |
| **Total Assets** | $ 0 | $ 525,637 | | — | $ 525,637 |
| **Liabilities and Stockholders' Equity** | | | | | |
| **Current Liabilities:** | | | | | |
| Accounts payable | | $ 69,262 | | | $ 69,262 |
| Accrued salaries and related expenses | | 178,714 | | | 178,714 |
| Loans Payable - Related Party | | 40,000 | | | 40,000 |
| Total Current Liabilities | 0 | 287,976 | | — | 287,976 |
| Long-term debt | | | | | |
| Total Liabilities | 0 | 287,976 | | — | 287,976 |
| Common stock | | 273,402 | a | 118,793 | 392,195 |
| Paid-in Capital | | 2,028,555 | a | (118,793) | 1,909,762 |
| Accumulated earning/deficit | | (2,064,296) | a | 0 | (2,064,296) |
| Stockholders' Equity | 0 | 237,661 | | — | 237,661 |
| **Total Liabilities and Stockholders' Equity** | $ 0 | $ 525,637 | | $ 0 | $ 525,637 |

See Notes to Unaudited Pro Forma Consolidated Financial Statements

38

**Home School Holdings, Inc. and Subsidiaries**
**Unaudited Pro Forma Consolidated Statements of Operations**
**For the Year Ended December 31, 2008**

|  | Home School Holdings, Inc. (formerly Narayan Capital Corp.) | Home School, Inc. | Pro Forma Adjustments | Pro Forma Combined |
|---|---:|---:|---:|---:|
| Net sales |  | $ 72,764 |  | $ 72,764 |
| Cost of Sales |  | 40,930 |  | 40,930 |
| **Gross Profit** | 0 | 31,834# |  | 31,834 |
| Operating expense: |  |  |  |  |
| Selling, general and administrative | 14,239 | 2,304,257 |  | 2,318,496 |
| **Operating income** | (14,239) | (2,272,423)# |  | (2,286,662) |
| Other income (expense): |  |  |  |  |
| Interest income |  | 153 |  | 153 |
| Interest expense |  | (302,140) |  | (302,140) |
| Other income (expense) |  |  |  |  |
| Total other income (expense) | 0 | (301,987)# |  | (301,987) |
| **Income (loss) before income taxes** | (14,239) | (2,574,410)# |  | (2,588,649) |
| Provision for income taxes |  |  |  |  |
| **Net income (loss)** | (14,239) | (2,574,410) |  | (2,588,649) |
| **Net income (loss) per common share:** |  |  |  |  |
| Basic and diluted |  |  |  | ($ 0.01) |
| **Weighted average shares outstanding:** |  |  |  |  |
| Basic and diluted |  |  |  | 392,194,663 |

See Notes to Unaudited Pro Forma Consolidated Financial Statements

39