## DETERMINATION OF OFFERING PRICE

Our common stock is presently not traded on any market or securities exchange. The fixed offering price of $0.05 may not reflect the market price of our shares after the offering. The offering price does not bear any relationship whatsoever to our assets, earnings, book value or any other objective standard of value. We selected the price for the common stock based upon the size of our market, our perception of our own uniqueness in the market, our beliefs about trends in the practice of K-12 education, and the shift in pedagogical deployment of technology. Among the other factors we considered in determining the offering price that served to decrease it significantly were:

1. Our lack of operating history,

2. The amount of risk associated with an investment in our stock and the proportional amount of stock to be retained by our existing stockholders, and

3. Our relative cash requirements.

There is no relationship between the current offering price of $0.05 and the price that we previously received from our private placement of stock. That price was $0.04 net per share.

## DILUTION

The shares that are currently being registered under this registration statement have already been issued and are currently outstanding. Therefore, there will be no dilutive impact on the Company's shareholders.

**Home School Holdings, Inc.**
**(a development stage company)**
**TABLE OF CASH AND CAPITALIZATION**
**As of March 31, 2010**
**(Unaudited)**

| | March 31, 2010 |
|---|---|
| Cash & Cash Equivalents | $ 448 |
| Short Term Loans (inc. accrued interest) | 664,791 |
| | |
| **Equity** | |
| Common Stock Par Value $0.001 314,270,862 Shares Issued and Outstanding | 314,271 |
| Additional Paid-in Capital | 4,593,707 |
| Accumulated Deficit | (6,054,646) |
| Stockholder's Equity | (1,146,669) |
| Total Capitalization | (1,146,669) |
| Figures as of the March 31, 2010 Balance Sheet. | |

**Approximate Number of Holders of Our Common Stock**

On May 28, 2010, there were approximately 72 holders of record of the common stock.

13

## SELLING SECURITY HOLDERS

The following table presents information regarding the Selling Security Holder and a description of the Selling Security Holder's relationship to Home School Holdings, Inc.

| (A) Selling Securities Holders (1) | Relationship to Issuer | (B) Shares Beneficially Owned Before the Offering | (C) Percentage of Outstanding Shares Beneficially Owned Before the Offering (2) | (D) Shares to be sold in the offering | (E) Percentage of Outstanding Shares Beneficially Owned After the Offering |
|---|---|---|---|---|---|
| Thomas Morrow | Chairman and CEO | 152,499,743(4) | 48.52% | 5,000,000 | 63.49% |
| David Nicholson | Board Member | 52,903,260 | 16.83% | 5,000,000 | 20.62% |
| Michael and Beatrice North | Shareholder | 29,055,147(6) | 9.25% | 5,000,000 | 10.36% |
| Kenneth Lydecker | Board Member | 14,617,540 | 4.65% | 5,000,000 | 4.14% |
| Mark Jordan | Former Contractor | 6,120,000 | 1.95% | 5,000,000 | ** |
| Chalmer Wilkins | Former Contractor | 3,600,000 | 1.15% | 3,600,000 | ** |
| Dieter Gutt | Shareholder | 3,470,000 | 1.11% | 3,470,000 | ** |
| Richard R. Pleet & Mary Bliss Packer | Shareholder | 3,060,000 | ** | 3,060,000 | ** |
| Lisa Morrow (3) | Former Contractor | 2,802,420 | ** | 2,802,420 | ** |
| Louie & Terri LoBianco | Shareholder | 2,425,120 | ** | 2,425,120 | ** |
| Joel Schauer | Shareholder | 2,250,120 | ** | 2,250,120 | ** |
| Brad Clodfelter | Shareholder | 2,160,000 | ** | 2,160,000 | ** |
| James Wright | Shareholder | 2,160,000 | ** | 2,160,000 | ** |
| Goldstar Acquisitions, LLC | Shareholder | 2,403,900 | ** | 2,403,900 | ** |
| Adam Hecktman | Shareholder | 1,800,000 | ** | 1,800,000 | ** |
| James Treleaven | Former Board Member | 1,638,000 | ** | 1,067,760 | ** |
| Robert Shuman | Shareholder | 1,620,000 | ** | 1,620,000 | ** |
| Tony Langford | Employee | 2,780,927(5) | ** | 1,242,380 | ** |
| Denise Kowalski | Employee | 1,239,000 | ** | 1,239,000 | ** |
| Donald P. Braun | Shareholder | 1,150,060 | ** | 1,150,060 | ** |
| Bobette Puckett | Shareholder | 1,080,000 | ** | 1,080,000 | ** |
| Gurdak & Associates Profit Sharing Plan | Shareholder | 900,000 | ** | 900,000 | ** |
| William Rients | Shareholder | 900,000 | ** | 900,000 | ** |
| Ed Schwall | Shareholder | 720,000 | ** | 720,000 | ** |
| Dave Gurdak | Shareholder | 594,000 | ** | 594,000 | ** |
| Josh Kurtz | Shareholder | 432,000 | ** | 432,000 | ** |
| The Peterson Family Trust Dated 10/13/2004 | Shareholder | 360,000 | ** | 360,000 | ** |
| Bob Schauer | Shareholder | 360,000 | ** | 360,000 | ** |
| Carol Lydecker | Shareholder | 360,000 | ** | 360,000 | ** |
| Jeff Lydecker | Shareholder | 360,000 | ** | 360,000 | ** |
| Lawrence T Hayes Trust Dated 04/21/1995 | Shareholder | 360,000 | ** | 360,000 | ** |
| Ray Imburgia | Shareholder | 360,000 | ** | 360,000 | ** |
| Marjorie Lock | Employee | 217,800 | ** | 217,800 | ** |
| Rob Alexander | Shareholder | 129,600 | ** | 129,600 | ** |
| Island Capital Mgmt, LLC | Shareholder | 100,000 | ** | 100,000 | ** |
| Nancy Hayes | Shareholder | 975,120 | ** | 975,120 | ** |
| Richard Nolan | Shareholder | 75,000 | ** | 75,000 | ** |
| William Fanizzo | Shareholder | 75,000 | ** | 75,000 | ** |
| George Kuchenreuther | Shareholder | 60,000 | ** | 60,000 | ** |
| Russell D. Simek | Shareholder | 50,000 | ** | 50,000 | ** |
| Richard York | Shareholder | 32,500 | ** | 32,500 | ** |
| Richard Langford | Shareholder | 25,000 | ** | 25,000 | ** |
| Diana Dixon | Former Employee | 23,220 | ** | 23,220 | ** |
| | Total | | | 66,000,000 | |

14

EXHIBIT E 2/2