# CHASE

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

9025507699

06/03/2010

Remitter THOMAS MORROW

Illinois

Pay To The
Order Of    AUKO FOUNDATION

$ **********50,000.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

AVKO Exhibit G