



# Dedication

This book is dedicated to:
All the members of the AVKO Educational Research Foundation,
but especially to the memory of one of its first members,

## Mary Clair Scott

without whose work and devotion to the cause of literacy,
the AVKO Foundation might never have gotten off the ground,

## Betty June Szilagyi

who was my first and by far my most important teacher,

## Devorah Wolf

without whose encouragement and commitment
to the ideals of AVKO
this edition would not be possible,

## Ann, Robert, and Linda McCabe

all of whom have sacrificed much of their time and energy
helping AVKO grow
as well as all those friends and relatives
who have been a source of encouragement.

May this book help you to help others improve their abilities to read and write.

Copyright © 2008, 2003, 1995, 1975 AVKO Educational Research Foundation, Inc.
Printed in the United States of America by Wave 3 Learning Inc.

Permission is hereby given for individual parents, teachers, tutors, and educators to reproduce any list for home or classroom use only. Reproduction of these lists for entire schools or school districts is strictly forbidden.

1 2 3 4 5 6 7 8 9 10 11 12 13 14 Printing        Year 10 08 06 03 93 92 89 87 85 83 81 79 76 74

**Publisher's Cataloging in Publication Data**

McCabe, Donald J.
    Volume 1 of a 7 Volume series. 1. Spelling—Miscellanea. 2. Reading—Miscellanea. 3. Curriculum—Miscellanea 4. Literacy and Tutor Reference Tool.
Library of Congress Subject Headings: Spelling, Curriculum
Library of Congress Classification Number: LB1050.2F79
Library of Congress Card Number: To be determined
Dewey Decimal Classification Number 428.4
ISBN: 1-56400961-0

Ex 1–A AVKO c p3/4 2/4

# The Basic Concepts of Teaching Spelling by Word Families

Many teachers as well as home school parents have used the concept of teaching rhyming words that have the same letter endings to help their students learn to read. When they would introduce the word *at*, they would also teach *cat*, *bat*, *sat*, and maybe even *scat*. Unfortunately, parents and teachers have never had any source book for finding all the rhyming words with the same spelling patterns. In the latest academic jargon, word families are now called "rimes." The consonants, consonant blends, and digraphs that precede the word family (or rime) are now called onsets. Use whichever term you wish with your students. In this book, we generally use the terms *base* or *word family* rather than the new jargon word "rime."

*The Patterns of English Spelling* (formerly *Word Families Plus*) is now available to be used as a resource book so that a parent or teacher can teach any word family. It is not just a simple collection of word lists. It consists of the complete patterns to help the students (and quite often the parents and teachers!) see the patterns that exist and to lock in on those patterns with their computer brains. For example, AVKO believes that if you can teach your students (or anyone) the word *at*, you can also teach them:

| | | | | | |
|---|---|---|---|---|---|
| b**at** | bats | batted | batting | | |
| c**at** | cats | | | | |
| sc**at** | scats | | | | |
| fl**at** | flats | flatted | flatting | | |
| p**at** | pats | patted | patting | | |
| sp**at** | spats | | | | |
| m**at** | mats | matted | matting | | |
| r**at** | rats | ratted | ratting | | |
| b**at**ter | batters | battered | battering | battery | batteries |
| fl**at**ter | flatters | flattered | flattering | flattery | |
| m**at**ter | matters | mattered | mattering | | |
| b**at**tle | battles | battled | battling | | |
| c**at**tle | | | | | |
| r**at**tle | rattles | rattled | rattling | | |

or for a more sophisticated example, from the word **act** you can build:

| | | | | | |
|---|---|---|---|---|---|
| **act** | acts | acted | acting | active | action |
| f**act** | facts | | | | |
| tr**act** | tracts | | | | traction |
| attr**act** | attracts | attracted | attracting | attractive | attraction |
| distr**act** | distracts | distracted | distracting | | distraction |
| extr**act** | extracts | extracted | extracting | extractive | extraction |
| subtr**act** | subtracts | subtracted | subtracting | | subtraction |
| contr**act** | contracts | contracted | contracting | | contraction |