UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
          Plaintiffs,

v.

THOMAS A. MORROW, WAVE 3 LEARNING, INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC.,
          Defendants.
_____/

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR STATUS CONFERENCE

You are hereby notified to appear in the above captioned matter for a Status Conference, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **OCTOBER 18, 2011** | 10:00 AM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

          THOMAS L. LUDINGTON
          UNITED STATES DISTRICT JUDGE

          By  s/Tracy Jacobs
Date:  October 11, 2011          Deputy Clerk