UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
          Plaintiffs

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS LUDINGTON

v.

THOMAS A. MORROW, WAVE 3 LEARNING INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL INC.,
          Defendants.
_____/

## NOTICE TO APPEAR FOR HEARING ON MOTION

You are hereby notified to appear in the above captioned matter for the hearing on [12] Plaintiff's Motion for Preliminary Injunction, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **DECEMBER 12, 2011** | **8:30 AM - 1:30 PM** | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

          THOMAS L. LUDINGTON
          UNITED STATES DISTRICT JUDGE

          By   s/Shawntel Jackson
Date:   October 26, 2011          Deputy Clerk