UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH
FOUNDATION, a Michigan
Corporation, and DONALD J.
MCCABE, author,

    Plaintiffs,

        v.

THOMAS A. MORROW, an individual,
WAVE 3 LEARNING, INC.;
HOME SCHOOL HOLDINGS, INC.,
and HOME SCHOOL, INC;

    Defendants.

Case No.: 1:11-cv-13381-TLL-CEB
Honorable Thomas L. Ludington
Magistrate Charles E. Binder

_____

SUSAN PAYNE WOODROW (P29844)
SUSAN PAYNE WOODROW JD, PC
*Attorney for Plaintiffs*
PO Box 300833
Drayton Plains, MI  48300
 (248) 760-1818
suzywoodrow@hotmail.com

MARK G. CLARK (P41652)
JOHN DI GIACOMO (P73056)
TRAVERSE LEGAL, PLC
*Attorneys for Defendant*
*Thomas A. Morrow and*
*Wave 3 Learning, Inc.*
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
(231) 932-0411
mark@traverselegal.com
john@traverselegal.com

_____

**DEFENDANTS' THOMAS MORROW AND WAVE 3 LEARNING, INC.
NOTICE OF WITHDRAWL OF MOTION FOR
RECONSIDERATION OF DENIAL OF REQUEST
FOR CLERK'S ENTRY OF DEFAULT**

    NOW COMES Defendants Thomas Morrow and Wave 3 Learning, Inc. by

and through their counsel, Traverse Legal PLC, and, for reasons agreed to at the

Status Conference held on October 26, 2011, hereby files this *Notice of Withdrawal of Motion for Reconsideration of Denial of Request for Clerk's Entry of Default.*

                                                      Respectfully submitted,

                                                      TRAVERSE LEGAL PLC

DATED:  October 27, 2011              */S/ John Di Giacomo*
                                                      By: John Di Giacomo (P73056)
                                                        810 Cottageview Drive
                                                        Unit G-20
                                                        Traverse City, MI  49684

## CERTIFICATE OF SERVICE

Documents:

- *Defendants Thomas Morrow and Wave 3 Learning Notice of Withdrawl of Motion for Reconsideration of Clerk's Denial of Entry of Default.*

I hereby certify that on October 27, 2011 the referenced documents were electronically filed with the court and served via the courts' ECF system upon:

SUSAN PAYNE WOODROW
*Attorney for Plaintiff*
suzywoodrow@hotmail.com

and served via U.S mail upon;

Home School Holdings, Inc.
1153 So. Lee Street, Suite 198
Des Plaines, IL  60016

Home School, Inc.
1153 So. Lee Street, Suite 198
Des Plaines, IL  60016


Dated:  October 27, 2011            */S/ John Di Giacomo*
                                    TRAVERSE LEGAL, PLC
                                    John Di Giacomo (P73056)
                                    810 Cottageview Drive
                                    Unit G-20
                                    Traverse City, MI  49684