UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NOTHERN DIVISION

AVKO EDUCATIONAL RESEARCH
FOUNDATION, a Michigan
Corporation, and DONALD J.
MCCABE, author,

    Plaintiffs,

    v.

THOMAS A. MORROW, an individual,
WAVE 3 LEARNING, INC.; HOME
SCHOOL HOLDINGS, INC., and HOME
SCHOOL, INC;

    Defendants.

Case No.: 1:11-cv-13381-TLL-CEB
Hon. Thomas L. Ludington
Mag. Charles E. Binder

_____

| | |
|---|---|
| SUSAN PAYNE WOODROW (P29844)<br>PO Box 300833<br>Drayton Plains, MI  48300<br>*Attorney for Plaintiffs*<br>(248) 760-1818<br>enddebt@live.com | MARK G. CLARK (P41652)<br>JOHN DI GIACOMO (P73056)<br>TRAVERSE LEGAL, PLC<br>*Attorneys for Defendant*<br>*Thomas A. Morrow and*<br>*Wave 3 Learning, Inc.*<br>810 Cottageview Drive, Unit G-20<br>Traverse City, MI 49684<br>(231) 932-0411<br>mark@traverselegal.com<br>john@traverselegal.com |

_____

**STIPULATED ORDER EXTENDING DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER PENDING HEARING ON PRELIMINARY INJUNCTION AND OTHER RELIEF**

NOW COMES, Plaintiffs AVKO Educational Research, and Donald

McCabe by and through their counsel, Susan Payne Woodrow and Defendants,

Thomas A. Morrow and Wave 3 Learning by and through their counsel, Traverse Legal, P.L.C. and for their stipulation state the following:

IT IS HEREBY STIPULATED AND AGREED that the deadline to respond to the Plaintiff's *Motion for Preliminary injunction with Temporary Restraining Order Pending Hearing on Preliminary Injunction and Other Relief* filed on October 5, 2011, is extended to November 10, 2011, while the parties explore a stipulated agreement to settle this matter.

NOW THEREFORE,

IT IS HEREBY ORDRED that the deadline to respond to the *Motion for Preliminary injunction with Temporary Restraining Order Pending Hearing on Preliminary Injunction and Other Relief* filed on October 5, 2011, is extended to November 10, 2011, while the parties explore settlement.


Dated: October 28, 2011         /s Thomas L. Ludington
                                THOMAS L. LUDINGTON
                                United States District Judge

Agreed as to form and content.
Entry of the above Order is stipulated to and notice of Entry is waived.

Dated: October 26, 2011         *(Agreed pursuant to 10-26-11 Status Conf.)*
                                _____
                                Susan Payne Woodrow (P29844)
                                *Attorney for Plaintiffs*


Dated:  October 26, 2011        */s/ John Di Giacomo*
                                John Di Giacomo (P73056)
                                Traverse Legal PLC
                                *Attorney for Defendants*
                                Thomas A. Morrow and
                                Wave 3 Learning

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 28, 2011.

                              Tracy A. Jacobs
                              TRACY A. JACOBS