# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NOTHERN DIVISION

AVKO EDUCATIONAL RESEARCH
FOUNDATION, a Michigan
Corporation, and DONALD J.
MCCABE, author,

      Plaintiffs,

           v.                        Case No.: 1:11-cv-13381-TLL-CEB
                                        Hon. Thomas L. Ludington

THOMAS A. MORROW, an individual,     Mag. Charles E. Binder
WAVE 3 LEARNING, INC.; HOME
SCHOOL HOLDINGS, INC., and HOME
SCHOOL, INC;

      Defendants.

_____/

## ORDER ACCEPTING FIRST AMENDED ANSWER AND COUNTERCLAIM

      Pursuant to the stipulation of the parties (ECF No. 24), it is hereby **ORDERED**

that Defendants' first amended answer and counterclaim (ECF No. 25) is **ACCEPTED**

as filed.

Dated: October 28, 2011                   /s Thomas L. Ludington_____
                                      THOMAS L. LUDINGTON
                                      United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was
served upon each attorney or party of record herein by electronic
means or first class U.S. mail on October 28, 2011.

                        Tracy A. Jacobs
                        TRACY A. JACOBS