UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
    Plaintiffs,

v.

THOMAS A. MORROW, WAVE 3 LEARNING, INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC.,
    Defendants.
    _____/

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR MOTION HEARING

    You are hereby notified to appear in the above captioned matter for a hearing on Defendants' Motion to Strike Exhibits Referenced in Plaintiffs' Motion for Preliminary Injunction, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **DECEMBER 12, 2011** | 8:30 AM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

    I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

    THOMAS L. LUDINGTON
    UNITED STATES DISTRICT JUDGE

    By  s/Tracy Jacobs
Date: November 14, 2011    Deputy Clerk