# TRAVERSE legal
## ATTORNEYS & ADVISORS

810 Cottageview Dr  231 932 0411 TEL
Suite G-20  231 932 0636 FAX
Traverse City
Michigan 49684  traverselegal.com

December 5, 2011

Court Clerk
10th Judicial Circuit Court
Saginaw County Governmental Center
111 South Michigan Avenue, Room 101
Saginaw, MI 48602

CC:

Susan Payne Woodrow
Drayton Plains, MI 48300
Phone: (248) 623.1818
Fax: (248) 623.1811

    Re:    AVKO Educational Research Foundation v. Thomas Morrow, Wave 3 Learning, Inc., and Home School Holdings
           Civil Case No. 11-013532-CK

Dear Sir or Madam:

Pursuant to Local Rule 7.1 (d)(3)(B), "The text of a reply brief, including footnotes and signatures, may not exceed 5 pages. Plaintiffs' Rebuttal to Defendant's Response (D29) to Plaintiffs' Motion for Preliminary Injunction and Other Relief (D12) exceeds this limit by over ten pages. Accordingly, Defendants respectfully request that the Court disregard this reply brief.

Sincerely,

John Di Giacomo
Traverse Legal, PLC