UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH
FOUNDATION, a Michigan
Corporation, and DONALD J.
MCCABE, author,

    Plaintiffs,

        v.

THOMAS A. MORROW, an individual,
WAVE 3 LEARNING, INC.;
HOME SCHOOL HOLDINGS, INC.,
and HOME SCHOOL, INC;

    Defendants.

Case No.: 1:11-cv-13381-TLL-CEB
Honorable Thomas L. Ludington
Magistrate Charles E. Binder

_____/

SUSAN PAYNE WOODROW (P29844)
PO Box 300833
Drayton Plains, MI  48300
*Attorney for Plaintiff*
(248) 760-1818
enddebt@live.com

MARK G. CLARK (P41652)
JOHN DI GIACOMO (P73056)
TRAVERSE LEGAL, PLC
*Attorneys for Defendant*
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
(231) 932-0411
mark@traverselegal.com
john@traverselegal.com

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST TO STIPULATE TO EXHIBITS AND EMAIL ADDRESSES**

    NOW COME Defendants Thomas L. Morrow and Wave 3 Learning, Inc., by and through their attorneys Traverse Legal, PLC, and state in response to Plaintiff's Request to Stipulate to Exhibits and Email Addresses the following:

**Response**

Pursuant to Local Rule 5.2 concerning stipulations and orders, the proper procedure for a stipulation is to serve a stipulation and proposed order on the opposing party "unless the judge directs otherwise." Plaintiffs have not submitted a proposed order, nor have Plaintiffs contacted Defendants to discuss a stipulation as to discovery procedure pursuant to Fed. R. Civ. P. 29. Accordingly, Defendants deny Plaintiffs' request to stipulate and leave Plaintiffs to their evidentiary proofs.

Respectfully submitted this 5th day of December, 2011.

TRAVERSE LEGAL, PLC
Attorneys for Plaintiff

/s/ John Di Giacomo
By: John Di Giacomo (P73056)
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
(231) 932-0411
john@traverselegal.com

# CERTIFICATE OF SERVICE

Documents:

- *Defendant's Response to Plaintiff's Motion to Stipulate to Exhibits and Email Addresses*

I hereby certify that on December 05, 2011 the referenced documents were electronically filed with the court and served via the courts' ECF system upon:

SUSAN PAYNE WOODROW
*Attorney for Plaintiff*
suzywoodrow@hotmail.com

and served via U.S mail upon;

Home School Holdings, Inc.
1153 So. Lee Street, Suite 198
Des Plaines, IL  60016

Home School, Inc.
1153 So. Lee Street, Suite 198
Des Plaines, IL  60016


Dated:  December 5, 2011	*/s/ John Di Giacomo*_____
	TRAVERSE LEGAL, PLC
	John Di Giacomo (P73056)
	810 Cottageview Drive
	Unit G-20
	Traverse City, MI  49684