UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AVKO EDUCATIONAL RESEARCH
FOUNDATION, INC., et al.,

        Plaintiffs,

                                      Case Number 11-13381
                                      Honorable Thomas L. Ludington

v.

THOMAS MORROW, et al.,

        Defendants.
_____/

## ORDER STRIKING REPLY BRIEF

      On September 27, 2011, counsel for Plaintiffs filed a reply brief in support of their motion for preliminary injunction. ECF No. 33. The text of Plaintiffs' reply brief is fifteen pages. E.D. Mich. Local Rule 7.1(d)(3)(B) provides that the text of a reply brief, including footnotes and signatures, may not exceed five pages. Additionally, Plaintiffs' reply brief was due on or before November 16, 2011, but was not filed until December 3, 2011. E.D. Mich. Local Rule 7.1(e)(2)(C) ("If filed, a reply brief supporting a nondispositive motion must be filed within 7 days after service of the response. . . .").

      Accordingly, it is **ORDERED** that Plaintiffs' reply brief (ECF No. 33) is **STRICKEN**.

                                                      s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge

Dated: December 6, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 6, 2011.

        s/Tracy A. Jacobs
        TRACY A. JACOBS