UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
                Plaintiffs,

v.

THOMAS A. MORROW, WAVE 3 LEARNING, INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC.,
                Defendants.
_____/

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR RESCHEDULED HEARING ON MOTIONS

    You are hereby notified to appear in the above captioned matter for the rescheduled hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Strike Exhibits Referenced in Plaintiffs' Motion for Preliminary Injunction, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **JANUARY 23, 2012** | 9:00 AM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

**This hearing is rescheduled from December 12, 2011 at 8:30 a.m.**

## CERTIFICATION

    I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

                THOMAS L. LUDINGTON
                UNITED STATES DISTRICT JUDGE

                By  s/Tracy Jacobs
Date: December 8, 2011              Deputy Clerk