UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
  Plaintiffs,

v.

THOMAS A. MORROW, WAVE 3 LEARNING, INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC.,
  Defendants.
                                                                    /

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR HEARING ON MOTION

You are hereby notified to appear in the above captioned matter for the hearing on Defendants/Counter-Plaintiffs Thomas Morrow and Wave3 Learning's Motion for Default, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **JANUARY 23, 2012** | 9:00 AM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

By  s/Tracy Jacobs
     Deputy Clerk

Date:  December 9, 2011