UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
    Plaintiffs,

v.

THOMAS A. MORROW, WAVE 3 LEARNING, INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC.,
    Defendants.
_____/

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR HEARING ON MOTION

You are hereby notified to appear in the above captioned matter for the hearing on Plaintiffs' Motion to File First Amended Complaint, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
| --- | --- | --- |
| **JANUARY 23, 2012** | 9:00 AM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

By  s/Tracy Jacobs
Deputy Clerk

Date:  January 6, 2012