UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AVKO EDUCATIONAL RESEARCH
FOUNDATION, INC., et al.,

         Plaintiffs,

                                  Case Number 11-13381
                                  Honorable Thomas L. Ludington

v.

THOMAS MORROW, et al.,

         Defendants.
_____/

## ORDER STRIKING REPLY BRIEF

On September 27, 2011, counsel for Plaintiffs filed a reply brief in support of their motion for preliminary injunction. ECF No. 33. The text of Plaintiffs' reply brief was fifteen pages and the reply brief was due on or before November 16, 2011 but was not filed until December 3, 2011. E.D. Mich. Local Rule 7.1(d)(3)(B) provides that the text of a reply brief, including footnotes and signatures, may not exceed five pages and E.D. Mich. Local Rule 7.1(e)(2)(C) requires that a reply brief, if filed in support of a nondispositive motion, must be filed within 7 days after service of the response. The Court entered an order striking Plaintiffs' reply brief on December 6, 2011. ECF No. 39. Counsel for Plaintiffs filed a second untimely and lengthy reply brief (ECF No. 49) on January 5, 2012 in violation of E.D. Mich. Local Rule 7.1(d)(3)(B) and (e)(2)(C). This reply brief will also be stricken.

Accordingly, it is **ORDERED** that Plaintiffs' reply brief (ECF No. 49) is **STRICKEN**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: January 6, 2012

<div style="border:1px solid black; background:#ccc; padding:8px;">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 6, 2012

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>