UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AVKO EDUCATIONAL RESEARCH
FOUNDATION, INC., et al.,

        Plaintiffs,

                                        Case Number 11-13381
                                        Honorable Thomas L. Ludington

v.

THOMAS MORROW, et al.,

        Defendants.
_____/

## ORDER STRIKING PLAINTIFFS' OFFER OF JUDGMENT

On January 9, 2012, Plaintiffs filed an offer of judgment on the Court's public docket. ECF No. 54. Federal Rule of Civil Procedure 68 provides that a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms at least fourteen days before trial, but it is not to be filed with the Court unless it has been accepted. Fed. R. Civ. P. 68(a). The unaccepted offer of judgment will be stricken.

It is further **ORDERED** that the offer of judgment filed by Plaintiffs (ECF No. 54) is **STRICKEN**. The clerk is directed to remove the image from the docket.

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: January 10, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 10, 2012.

                                              s/Tracy A. Jacobs
                                              TRACY A. JACOBS