UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

| | |
|---|---|
| AVKO Educational Research Foundation, Inc., et.al.,<br><br>  Plaintiffs and Counter-Defendants ,<br><br>v.<br><br>Thomas A. Morrow, et. al.,<br><br>  Defendants and Counter-Plaintiffs. | Case no: 1:11-CV-13381-TLL-CEB<br><br>Hon. Thomas L. Ludington<br><br>Mag. Charles E. Binder |

| | |
|---|---|
| Susan Payne Woodrow P29844<br>Susan Payne Woodrow JD, PC<br>*Attorney for Plaintiffs*<br>3631 Dorothy Lane<br>Waterford, MI 48329<br>PH: (248) 623-1818<br>FX: (248) 623-1811<br>suzywoodrow@hotmail.com | Mark G. Clark (P41652)<br>John Di Giacomo (P73056)<br>*Attorneys for Defendants Thomas A*<br>*Morrow and Wave 3 Learning*<br>810 Cottageview Drive, Unit G-20<br>Traverse City, MI 49684<br>PH: (231) 932-0411<br>mark@traverselegal.com<br>john@traverselegal.com |

### NOTICE UNDER SEVEN (7) DAY RULE OF ENTRY OF ORDER DENYING DEFENDANTS MOTION TO ENTER DEFAULT
### CERTIFICATE OF SERVICE

Under LR 58.1 Plaintiffs' serve notice upon Defendants that the attached proposed ORDER will be submitted to the Court for signing and entry if no written objections are filed within seven (7) days.

Respectfully submitted,

/s/ Susan Payne Woodrow
Susan Payne Woodrow P29844
Susan Payne Woodrow JD, PC
*Attorney for Plaintiffs*
3631 Dorothy Lane

1:11-cv-13381-TLL-CEB   Doc # 60   Filed 01/25/12   Pg 2 of 2   Pg ID 1534

Waterford, MI 48329
PH: (248) 623-1818
suzywoodrow@hotmail.com
P29844

## CERTIFICATE OF SERVICE

Susan Payne Woodrow certifies that she served the below interested parties by electronic filing with the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record set forth below:

Mark G. Clark (P41652)
John Di Giacomo (P73056)
*Attorneys for Defendants Thomas A Morrow and Wave 3 Learning*
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
PH: (231) 932-0411
mark@traverselegal.com
john@traverselegal.com

Home School Holdings, Inc
David Nicholson
By e-mail to dave@ppcplanning.com

/s/ Susan Payne Woodrow
Susan Payne Woodrow