UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AVKO EDUCATIONAL RESEARCH
FOUNDATION, INC., et. al.,

    Plaintiffs and Counter-Defendants ,

v.

THOMAS A. MORROW, et. al.,

    Defendants and Counter-Plaintiffs.

Case number 11-13381

Honorable Thomas L. Ludington

## ORDER DENYING DEFENDANTS' MOTION
## FOR DEFAULT JUDGMENT AS TO PLAINTIFFS

    A hearing was held on January 23, 2012 on Defendant' Motion for Entry of Default, document 37, filed December 5, 2011.  The court was fully advised in the premises and denies Defendant's request for entry of default judgment as to AVKO Educational Research Foundation, Inc., and Donald J. McCabe.

    It is so ORDERED.

_____
Thomas L. Ludington
United States District Judge

Dated: _____ \_\_\_, 2012