UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., et. al., | Case number 11-13381 |
| Plaintiffs and Counter-Defendants , | Honorable Thomas L. Ludington |
| v. | |
| THOMAS A. MORROW, et. al., | |
| Defendants and Counter-Plaintiffs. | |

### ORDER GRANTING PLAINTIFFS' MOTION TO AMEND IN PART AND DENYING IN PART

A hearing was held on January 23, 2012 on Plaintiffs' Motion to File First Amended Complaint, ECF 45-48, filed January 5, 2012.  The court was fully advised in the premises and grants Plaintiff's Motion in part.  The count regarding Replevin, objected to by Defendants in their Response, ECF 59, is denied acceptance; but the Motion is otherwise granted as to the remainder of the Amended Complaint which is ACCEPTED as filed.

Thomas L. Ludington
United States District Judge

Dated: _____ \_\_\_, 2012