UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

| | |
|---|---|
| AVKO Educational Research Foundation, Inc., et.al., | Case no: 1:11-CV-13381-TLL-CEB |
| Plaintiffs and Counter-Defendants , | Hon. Thomas L. Ludington |
| v. | Mag. Charles E. Binder |
| Thomas A. Morrow, et. al., | |
| Defendants and Counter-Plaintiffs. | |

| | |
|---|---|
| Susan Payne Woodrow P29844<br>Susan Payne Woodrow JD, PC<br>*Attorney for Plaintiffs*<br>3631 Dorothy Lane<br>Waterford, MI 48329<br>PH: (248) 623-1818<br>FX: (248) 623-1811<br>suzywoodrow@hotmail.com | Mark G. Clark (P41652)<br>John Di Giacomo (P73056)<br>*Attorneys for Defendants Thomas A Morrow and Wave 3 Learning*<br>810 Cottageview Drive, Unit G-20<br>Traverse City, MI 49684<br>PH: (231) 932-0411<br>mark@traverselegal.com<br>john@traverselegal.com |

**PLAINTIFFS" REPLY TO DEFENDANTS' OBJECTIONS (ECF 63) TO ENTRY OF ORDER
DENYING DEFENDANTS MOTION TO ENTER DEFAULT
CERTIFICATE OF SERVICE**

Defendants' objections to the entry of the order are in the nature of a fourth motion for default. The court heard the argument and denied the request. A copy of the transcript will reveal the holding of the Court. Further, entry of default is not mandatory. Plaintiffs will not burden the c=Court with a brief setting forth the standards for setting aside a default but merely note that Fed. R. Civ. Proc. 1 indicate that the rules "should be construed to secure the just, speedy, and inexpensive determination of every action and proceeding." "Just"

determination implies a decision based on the merits as opposed to mere technicalities. The order is proper.

Respectfully submitted,

/s/ Susan Payne Woodrow
Susan Payne Woodrow P29844
Susan Payne Woodrow JD, PC
*Attorney for Plaintiffs*
3631 Dorothy Lane
Waterford, MI 48329
PH: (248) 623-1818
suzywoodrow@hotmail.com
P29844

## CERTIFICATE OF SERVICE

Susan Payne Woodrow certifies that she served the below interested parties by electronic filing with the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record set forth below:

Mark G. Clark (P41652)
John Di Giacomo (P73056)
*Attorneys for Defendants Thomas A Morrow and Wave 3 Learning*
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
PH: (231) 932-0411
mark@traverselegal.com
john@traverselegal.com

Home School Holdings, Inc
David Nicholson
By e-mail to dave@ppcplanning.com

/s/ Susan Payne Woodrow
Susan Payne Woodrow