UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

| | |
|---|---|
| AVKO Educational Research Foundation, Inc., et.al.,<br><br>    Plaintiffs and Counter-Defendants ,<br><br>v.<br><br>Thomas A. Morrow, et. al.,<br><br>    Defendants and Counter-Plaintiffs. | Case no: 1:11-CV-13381-TLL-CEB<br><br>Hon. Thomas L. Ludington<br><br>Mag. Charles E. Binder |

Susan Payne Woodrow P29844
Susan Payne Woodrow JD, PC
*Attorney for Plaintiffs*
3631 Dorothy Lane
Waterford, MI 48329
PH: (248) 623-1818
FX: (248) 623-1811
suzywoodrow@hotmail.com

Mark G. Clark (P41652)
John Di Giacomo (P73056)
*Attorneys for Defendants Thomas A*
*Morrow and Wave 3 Learning*
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
PH: (231) 932-0411
mark@traverselegal.com
john@traverselegal.com

**PLAINTIFFS" REPLY TO DEFENDANTS' OBJECTIONS (ECF 62) TO ENTRY OF ORDER PARTIALLY GRANTING PLAINTIFFS' MOTION TO FILE FIRST AMENDED COMPLAINT CERTIFICATE OF SERVICE**

      Defendants' objections to the entry of the Order partially granting and accepting the filing of Plaintiffs First Amended Complaint, are not well taken,.  Defendants are confusing the Judge's suggestion that, for the purposes of the Preliminary Hearing Motion, Plaintiff's select a theory upon which to base their request for relief.  During discussions, the Court acknowledged that pleading alternatively is not inappropriate in a complaint; but wished Plaintiffs to clarify their position as pertains to the request for a preliminary injunction.  The Court seemed to agree

with Defendants regarding the Replevin count, hence the partial grant of permission to file the

First Amended Complaint.  The order is proper.

Respectfully submitted,

/s/ Susan Payne Woodrow
Susan Payne Woodrow P29844
Susan Payne Woodrow JD, PC
*Attorney for Plaintiffs*
3631 Dorothy Lane
Waterford, MI 48329
PH: (248) 623-1818
suzywoodrow@hotmail.com
P29844


## CERTIFICATE OF SERVICE

   Susan Payne Woodrow certifies that she served the below interested parties by electronic filing with the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record set forth below:

Mark G. Clark (P41652)
John Di Giacomo (P73056)
*Attorneys for Defendants Thomas A Morrow and Wave 3 Learning*
810 Cottageview Drive, Unit G-20
Traverse City, MI 49684
PH: (231) 932-0411
 mark@traverselegal.com
john@traverselegal.com

Home School Holdings, Inc
David Nicholson
By e-mail to dave@ppcplanning.com

/s/ Susan Payne Woodrow
Susan Payne Woodrow