UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH FOUNDATION, and DONALD J. McCABE,
           Plaintiffs,

v.

THOMAS A. MORROW, WAVE 3 LEARNING, INC., HOME SCHOOL HOLDINGS, INC., and HOME SCHOOL, INC.,
           Defendants.
           /

CASE NUMBER: 11-13381-BC

DISTRICT JUDGE THOMAS L. LUDINGTON

## NOTICE TO APPEAR FOR RESCHEDULED HEARING ON MOTIONS

You are hereby notified to appear in the above captioned matter for the rescheduled hearing on Plaintiffs' Motion to File First Amended Complaint and Motion for Preliminary Injunction, before the Honorable Thomas L. Ludington on the following date and time.

| DATE | TIME | LOCATION |
| --- | --- | --- |
| **MARCH 23, 2012** | **2:00 PM** | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

           THOMAS L. LUDINGTON
           UNITED STATES DISTRICT JUDGE

           By  s/Tracy Jacobs
Date: February 15, 2012           Deputy Clerk