# Exhibit A

Andrew_Crowder@mied.uscourts.gov     September 25, 2012  1:35 PM
To: Susan Woodrow <suzywoodrow@hotmail.com>
Cc: DiGiacomo new <john@revisionlegal.com>
AVKO v. Thomas Morrow, et al. (11-13381)

Counsel,
I spoke with Judge Ludington about your concerns.  We would appreciate a
stipulated order for adjournment of the current settlement date; a
stipulation to take Mr. Morrow's and Mr. McCabe's depositions on the day of
mediation should it prove unsuccessful; and finally, a stipulation to
dismiss Defendants Home School Holdings, Inc. and Home School, Inc. from
the case.


Thank you.

Andrew Crowder
Law Clerk to the Honorable Thomas L. Ludington