# Exhibit B

Susan Woodrow <suzywoodrow@hotmail.com>                      September 25, 2012  4:16 PM
To: Andrew CROWDER LUDINGTON Clerk <andrew_crowder@mied.uscourts.gov>
Cc: DiGiacomo new <john@revisionlegal.com>
RE: AVKO v. Thomas Morrow, et al. (11-13381)

ANdrew and John, I have no problem signing such a stipulation.

Susan Payne Woodrow, JD
PH: 248 623 1818
FX: 248 623 1811
Notice: This message contains information which may be confidential and privileged and has been sent solely for the use of the intended recipient.  If you are not the intended recipient, you may not use, copy or disclose to anyone, by any means, the message or any information contained in the message. If you have received this message in error, please immediately notify the sender by reply e-mail and then delete the message.

> Subject: AVKO v. Thomas Morrow, et al. (11-13381)
> To: suzywoodrow@hotmail.com
> CC: john@revisionlegal.com
> From: Andrew_Crowder@mied.uscourts.gov
> Date: Tue, 25 Sep 2012 13:35:34 -0400
>
> Counsel,
> I spoke with Judge Ludington about your concerns. We would appreciate a
> stipulated order for adjournment of the current settlement date; a
> stipulation to take Mr. Morrow's and Mr. McCabe's depositions on the day of
> mediation should it prove unsuccessful; and finally, a stipulation to
> dismiss Defendants Home School Holdings, Inc. and Home School, Inc. from
> the case.
>
>
> Thank you.
>
>
> Andrew Crowder
> Law Clerk to the Honorable Thomas L. Ludington