UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AVKO EDUCATIONAL RESEARCH
FOUNDATION, a Michigan
Corporation, and DONALD J.
MCCABE, author,

      Plaintiffs,

          v.

THOMAS A. MORROW, an individual,
WAVE 3 LEARNING, INC.; HOME
SCHOOL HOLDINGS, INC., and HOME
SCHOOL, INC;

      Defendants.

Case No.: 1:11-cv-13381-TLL-CEB

Hon: Thomas L. Ludington

---

| SUSAN PAYNE WOODROW (P29844) | JOHN DI GIACOMO (P73056) |
|---|---|
| *Attorney for Plaintiffs,* | *Attorneys for Defendants* |
| *AVKO Educational Research* | *Thomas A. Morrow and* |
| *Foundation, a Michigan Corporation,* | *Wave 3 Learning, Inc.* |
| *and Donald J. McCabe, author* | 571 Blue Star Ct. |
| 3631 Dorothy Lane | Traverse City, MI 49685 |
| Waterford, MI, 48329 | (231) 714-4730 |
| (248) 760-1818 | john@revisionlegal.com |
| suzywoodrow@hotmail.com | |

---

## PLAINTIFFS' ENTRY OF DEFAULT AGAINST
## HOME SCHOOL HOLDINGS, INC

Plaintiffs' request the Clerk to enter their default against Defendant Home School Holdings, Inc. (HSH) pursuant to Fed Rul Civ Proc Rule 55(a) and says:

1. Complaint against Defendant HSH was served.

2. HSH has failed to appear, plead, or otherwise defend.

3. HSH has informed counsel for Plaintiff that they are choosing not to defend.

4. Multiple conferences and motions have been held and Defendant HSH failed to appear.

5. The clerk has not alternative but to enter this default.

Judgment on the default may be requested later.

Dated: March 25, 2013

/s/ Susan Payne Woodrow
Susan Payne Woodrow P29844
Attorney for Plaintiffs
3631 Dorothy Lane
Waterford, MI 48329-1105
 248 623 1818
suzywoodrow@hotmail.com

## AFFIDAVIT

After being first sworn, Susan Payne Woodrow states that she caused Home School Holdings, Inc. (HSH) to be served the complaint in this matter.  She was contacted by a Dave Nicholson, an officer and principal of HSH who indicated that HSH had no intention of defending.  Consistent with that representation, HSH has done nothing.  Entry of Default under Rule 55(a) is proper.

/s/ Susan Payne Woodrow
Susan Payne Woodrow

## PROOF OF SERVICE

Susan Payne Woodrow certifies that she served a copy of the above pleading and exhibits to all parties of record by ECF on March 25, 2013.

/s/ Susan Payne Woodrow
Susan Payne Woodrow