UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WAVE 3 LEARNING, INC.,
THOMAS A. MORROW,

            Counter-Plaintiffs,

Case Number 11-13381
Honorable Thomas L. Ludington

v.

AVKO EDUCATIONAL RESEARCH
FOUNDATION, DONALD J. McCABE,

            Counter-Defendants.
_____/

## JUDGMENT

In accordance with the Opinions and Orders entered by the Court in this matter,

It is **ORDERED AND ADJUDGED** that all claims in this lawsuit are **DISMISSED**.

Dated: February 10, 2014

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 10, 2014.

s/Tracy A. Jacobs
TRACY A. JACOBS